## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re:

Backup Power Source, Inc.                                    BKY No. 17-33288

        Debtor.

_____

Erik A. Ahlgren, Trustee,

        Plaintiff,

                                              ADV No. 18-

vs.

Charles Michael Clour,

        Defendant.

## COMPLAINT

The Trustee brings this complaint seeking an order requiring the turnover of certain assets of the estate.

1.    Plaintiff Erik Ahlgren is the duly appointed Chapter 7 bankruptcy trustee in the above referenced case (the "Trustee").

2.    Defendant Charles Michael Clour is an individual residing at 819 Halliday Rd., St Cloud, MN 56301-5844 and with a work address of 2 2nd Ave South #45, Sauk Rapids, MN 56379.

## JURISDICTION AND VENUE

3.    This adversary proceeding is brought pursuant to 11 U.S.C. §542 and Federal Rules of Bankruptcy Procedure 7000(1).

4. Jurisdiction over this adversary proceeding is based on 28 U.S.C. §§1334(b) and 157(b)(2). This is a core proceeding under 28 U.S.C. §157(b)(2).

5. This district is the proper venue for this adversary proceeding pursuant to 28 U.S.C. §1409(a).

## FACTUAL BACKGROUND

6. The Debtor, Backup Power Source, Inc., advanced or loaned to Charles Clour $30,609.89 (the "Loan") See Exhibit A.

7. Charles Clour is the President of the Debtor.

8. The Loan is payable on demand.

9. The Loan has not been repaid.

10. The Defendant continues to owe the Debtor $30,609.89.

## DEFENDANT'S OBLIGATION TO PAY TRUSTEE UNDER 11 U.S.C §542

11. Pursuant to 11 U.S.C. §542(b), " . . . an entity that owes a debt that is property of the estate and that is matured, payable on demand, or payable on order, shall pay such debt to, or on the order of, the trustee . . ."

12. Pursuant to 11 U.S.C. §541(a)(1), property of the estate includes " . . . all legal or equitable interests of the debtor in property as of the commencement of the case."

13. The Defendant's $30,609.89. obligation to the Debtor is property of the estate under 11 U.S.C. §541.

14. The Defendant's $30,609.89. obligation to the Debtor is matured and payable on demand.

15. The Defendant is obligated to pay $30,609.89. to the Trustee pursuant to 11 U.S.C. §542.

WHEREFORE, the Trustee requests that this Court enter judgment against the Defendant in the amount of $30,609.89., together with such other and further relief as the Court deems just and equitable.

                                        Ahlgren Law Office, PLLC

Dated: February 20, 2018        /e/Erik A. Ahlgren
                                        Attorney #191814
                                        220 West Washington Ave, Ste 105
                                        Fergus Falls, MN 56537
                                        Office: 218-998-2775
                                        Fax: 218-998-6404
                                        erik@ahlgrenlaw.net

                                        ATTORNEY FOR TRUSTEE

12:02 PM  
10/10/16  
Accrual Basis

**Backup Power Source, Inc.**  
**Balance Sheet**  
**As of September 30, 2016**

**EXHIBIT A**

| | Jan 31, 16 | Feb 29, 16 | Mar 31, 16 | Apr 30, 16 | May 31, 16 | Jun 30, 16 | Jul 31, 16 | Aug 31, 16 | Sep 30, 16 |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current Assets** | | | | | | | | | |
| **Checking/Savings** | | | | | | | | | |
| Wells Fargo | 717.53 | 662.18 | 39.31 | -7.32 | 3,388.80 | 265.50 | -1.62 | -9.98 | -5.86 |
| Bremer Checking Account | 156.92 | 3,750.93 | -136.86 | 2,673.82 | 555.32 | 11.11 | -722.00 | -996.00 | 0.00 |
| PayPal | 305.94 | 305.94 | 305.94 | 305.94 | 305.94 | 305.94 | 305.94 | 305.94 | 305.94 |
| **Total Checking/Savings** | 1,180.39 | 4,719.05 | 208.39 | 2,972.44 | 4,250.06 | 582.55 | -417.68 | -700.04 | 300.08 |
| **Accounts Receivable** | | | | | | | | | |
| Accounts Receivable | 45,201.24 | 12,329.98 | 12,004.71 | 9,277.43 | 3,402.43 | 3,402.43 | 11,656.43 | 11,656.43 | 11,158.00 |
| **Total Accounts Receivable** | 45,201.24 | 12,329.98 | 12,004.71 | 9,277.43 | 3,402.43 | 3,402.43 | 11,656.43 | 11,656.43 | 11,158.00 |
| **Other Current Assets** | | | | | | | | | |
| NR - Charlie Clour | 12,057.26 | 13,257.26 | 18,860.89 | 25,926.89 | 29,526.89 | 31,336.89 | 31,216.89 | 30,849.89 | ==30,609.89== |
| NR - Larry Henderson | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 0.00 |
| **Total Other Current Assets** | 12,357.26 | 13,557.26 | 19,160.89 | 26,226.89 | 29,826.89 | 31,636.89 | 31,516.89 | 31,149.89 | 30,609.89 |
| **Total Current Assets** | 58,738.89 | 30,606.29 | 31,373.99 | 38,476.76 | 37,479.38 | 35,621.87 | 42,755.64 | 42,106.28 | 42,067.97 |
| **Fixed Assets** | | | | | | | | | |
| Furniture and Equipment | 31,200.11 | 31,200.11 | 31,200.11 | 31,200.11 | 31,200.11 | 31,200.11 | 31,200.11 | 31,200.11 | 31,200.11 |
| Accumulated Depreciation | -26,888.24 | -26,947.03 | -27,005.82 | -27,064.61 | -27,123.40 | -27,182.19 | -27,240.98 | -27,299.77 | -27,358.56 |
| **Total Fixed Assets** | 4,311.87 | 4,253.08 | 4,194.29 | 4,135.50 | 4,076.71 | 4,017.92 | 3,959.13 | 3,900.34 | 3,841.55 |
| **Other Assets** | | | | | | | | | |
| Dividend in Chandler Coop | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 |
| Prepaid Expenses | 1,800.66 | 881.18 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Assets** | 1,965.66 | 1,046.18 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 | 165.00 |
| **TOTAL ASSETS** | **65,016.42** | **35,905.55** | **35,733.28** | **42,777.26** | **41,721.09** | **39,804.79** | **46,879.77** | **46,171.62** | **46,074.52** |
| **LIABILITIES & EQUITY** | | | | | | | | | |
| **Liabilities** | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | |
| Accounts Payable | 116,125.95 | 96,427.79 | 98,034.17 | 118,457.93 | 122,166.28 | 123,604.02 | 125,287.64 | 125,885.89 | 124,363.58 |
| **Total Accounts Payable** | 116,125.95 | 96,427.79 | 98,034.17 | 118,457.93 | 122,166.28 | 123,604.02 | 125,287.64 | 125,885.89 | 124,363.58 |
| **Other Current Liabilities** | | | | | | | | | |
| NP - Larry Henderson | 1,466.00 | 1,466.00 | 1,466.00 | 1,466.00 | 1,466.00 | 1,466.00 | 1,466.00 | 1,466.00 | 3,767.64 |
| Payroll Liabilities | 1,073.74 | 1,311.88 | 1,535.64 | 586.62 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Other Current Liabilities** | 2,539.74 | 2,777.88 | 3,001.64 | 2,052.62 | 1,466.00 | 1,466.00 | 1,466.00 | 1,466.00 | 3,767.64 |

**12:02 PM**

**10/10/16**

**Accrual Basis**

# Backup Power Source, Inc.
## Balance Sheet
### As of September 30, 2016

|  | Jan 31, 16 | Feb 29, 16 | Mar 31, 16 | Apr 30, 16 | May 31, 16 | Jun 30, 16 | Jul 31, 16 | Aug 31, 16 | Sep 30, 16 |
|---|---|---|---|---|---|---|---|---|---|
| **Total Current Liabilities** | 118,665.69 | 99,205.67 | 101,035.81 | 120,510.55 | 123,632.28 | 125,070.02 | 126,753.64 | 127,351.89 | 128,131.22 |
| **Long Term Liabilities** | | | | | | | | | |
| Note Payable - #77005232-3 | 271.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Note Payable - SWIF | 6,570.75 | 6,206.58 | 5,836.89 | 5,467.42 | 4,682.40 | 4,270.79 | 3,859.18 | 3,447.57 | 3,447.57 |
| **Total Long Term Liabilities** | 6,842.59 | 6,206.58 | 5,836.89 | 5,467.42 | 4,682.40 | 4,270.79 | 3,859.18 | 3,447.57 | 3,447.57 |
| **Total Liabilities** | 125,508.28 | 105,412.25 | 106,872.70 | 125,977.97 | 128,314.68 | 129,340.81 | 130,612.82 | 130,799.46 | 131,578.79 |
| **Equity** | | | | | | | | | |
| Additional Paid-In Capital | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 | 1,079,510.11 |
| Capital Stock | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| Retained Earnings | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 | -1,124,397.48 |
| Net Income | -21,604.49 | -30,619.33 | -32,252.05 | -44,313.34 | -47,706.22 | -50,648.65 | -44,845.68 | -45,740.47 | -46,616.90 |
| **Total Equity** | -60,491.86 | -69,506.70 | -71,139.42 | -83,200.71 | -86,593.59 | -89,536.02 | -83,733.05 | -84,627.84 | -85,504.27 |
| **TOTAL LIABILITIES & EQUITY** | 65,016.42 | 35,905.55 | 35,733.28 | 42,777.26 | 41,721.09 | 39,804.79 | 46,879.77 | 46,171.62 | 46,074.52 |